IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CONE FINANCIAL GROUP, INC., Plaintiff, v. EMPLOYERS INSURANCE COMPANY OF WAUSAU, Defendant. | Civil Action: 7:09-CV-118 (HL) |

## ORDER

Currently pending in this case is Plaintiff's Motion for Leave to File Supplemental and Amended Complaint (Doc. 40). Plaintiff has also filed a Motion to Extend Discovery (Doc. 41).

The Court finds that staying discovery in this case until the motion to amend is ruled on is appropriate. All discovery is stayed until further order from the Court. However, the parties are to follow the standard briefing schedule in responding and replying to the most recent motions filed by Defendant.

**SO ORDERED**, this the 17th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh