# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CONE FINANCIAL GROUP, INC.,**

    Plaintiff,

v.

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**

    Defendant.

Civil Action: 7:09-CV-118 (HL)

## ORDER

This case is before the Court on Defendant's Motion to Deposit Funds (Doc. 50), Plaintiff's Motion for Leave to File Amended Complaint (Doc. 40), Plaintiff's Motion for Leave to File Motion for Reconsideration (Doc. 54), and Plaintiff's Motion for Reconsideration (Doc. 55).

Defendant's Motion to Deposit Funds (Doc. 50) is granted. Defendant is authorized to deposit the funds at issue with the Clerk of Court pursuant to Fed. R. Civ. P. 67.

As Plaintiff has now filed a Motion for Leave to File Second Amended Complaint (Doc. 56), its Motion for Leave to File Amended Complaint (Doc. 40) is denied as moot. Defendant is directed to respond to Plaintiff's Motion for Leave to File Second Amended Complaint as provided for under the Local Rules and Federal Rules of Civil Procedure.

Plaintiff's Motion for Leave to File Motion for Reconsideration (Doc. 54) and Motion for Reconsideration (Doc. 55) are both denied. Local Rule 7.6 requires that

a motion for reconsideration be filed within fourteen days after entry of the order or judgment. As the order at issue was entered on August 13, 2010, and Plaintiff's Motions were filed on September 4, 2010, the Motions are not timely. Further, a motion for reconsideration under L. R. 7.6 is limited to five pages, and Plaintiff's Motion exceeds that number. For failure to follow the Local Rules, Plaintiff's Motions are denied.

**SO ORDERED**, this the 9th day of September, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh