UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CONE FINANCIAL GROUP, INC.,

       Plaintiff,

v.

EMPLOYERS INSURANCE                 Civil No. 7:09-cv-00118-HL
COMPANY OF WAUSAU,

       Defendant.
_____/

### DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER

Defendant, Employers Insurance Company of Wausau, respectfully notices its compliance with the Court's Order [DE 60] permitting deposit of funds into the Court registry and attaches hereto copies of the check for such funds and accompanying letter to the Clerk, sent on 14 September 2010 via first- class mail, postage prepaid.

                              Respectfully submitted,

                              **EMPLOYERS INSURANCE**
                              **COMPANY OF WAUSAU**

                              By Counsel

                              By: <u>G. Mason White</u>
                                  G. Mason White, GA Bar No. 754581
                                  BRENNAN, HARRIS & ROMINGER, LLP
                                  2 East Bryan Street, Suite 1300
                                  Savannah, Georgia 31402
                                  Tel. 912.233.3399; Fax. 912.236.4558
                                  Co-counsel for Employers Insurance Company
                                  of Wausau

Of-Counsel

Mary Morris, FL Bar No. 55573
MORRIS & MORRIS, P.A.
777 South Flagler Drive
Suite 800- West Tower
West Palm Beach, Florida 33401
Tel. 561.838.9811; Fax. 561.828.9351
(adm. *pro hac vice*)

## CERTIFICATE OF SERVICE

I certify that on 15 September 2010 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing is being served this day on the following attorney, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing: Jefferson M. Allen, Esquire, Cohen Cooper Estep & Allen, LLC, 3330 Cumberland Boulevard, Suite 600, Atlanta, Georgia 30339.

/s G. Mason White



# MORRIS CO MORRIS
## PROFESSIONAL ASSOCIATION

14 September 2010

The Clerk of the Court
United States District Court
Middle District of Georgia
William A. Bootle Federal Building and U.S. Courthouse
Post Office Box 128
475 Mulberry Street
Macon, Georgia 31202

   Re: *Cone Financial Group, Inc. v. Employers Insurance Company of Wausau*
      *Middle District of Georgia Case No. 7:09-CV-118 (HL)*

Dear Sir or Madam:

We have the privilege to be co-counsel for Defendant, Employers Insurance Company of Wausau, in the above matter. On 9 September 2010, the Honorable Hugh Lawson granted our client's Motion to Deposit Funds in the Court registry. A true copy of His Honor's Order is enclosed with this letter pursuant to FRCP 67(a).

Our client's check for the full amount of the funds at issue, $120,120.19, is enclosed. On direction of the Clerk at the Valdosta Division, I am sending these funds to the Macon Division. Kindly deposit this check into the Court registry and please do not hesitate to contact me should there be any questions.

          Respectfully yours,

          Mary O. Morris
          (adm. *pro hac vice* 10/16/09)

Enclosure/check BO-0198143

777 South Flagler Drive, Suite 800 - West Tower     West Palm Beach, Florida 33401
  Telephone: 561.838.9811            Facsimile: 561.828.9351

www.morris-morris.com

