# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CONE FINANCIAL GROUP, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**<br><br>Defendant. | Civil Action: 7:09-CV-118 (HL) |

## ORDER

This case is before the Court on Defendant's Motion for Sanctions (Doc. 66). Defendant seeks Rule 11 sanctions against Plaintiff's counsel in connection with Plaintiff's filing of its motion for leave to amend and file its second amended complaint. After consideration, the Court finds that Rule 11 sanctions are not warranted at this time. Accordingly, the Motion for Sanctions (Doc. 66) is denied.

**SO ORDERED**, this the 12th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh