# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CONE FINANCIAL GROUP, INC.,** Plaintiff, v. **EMPLOYERS INSURANCE COMPANY OF WAUSAU,** Defendant. | Civil Action: 7:09-CV-118 (HL) |

## ORDER

This case is before the Court on Plaintiff's Motion for Leave of Absence and/or Re-set of Trial Date (Doc. 94). The Motion is denied. The pretrial conference in this case will take place on July 6, 2011 in Valdosta. The Court will move this case to the end of the trial calendar, but jury selection will take place on July 18, 2011 in Valdosta. Additional information regarding the pretrial conference will be sent out in the near future.

**SO ORDERED**, this the 23rd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh